1  NATALIE A. PIERCE, Bar No. 191342
   npierce@littler.com
2  AURELIO PEREZ, Bar No. 282135
   aperez@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, California 94108.2693
5  Telephone:   415.433.1940
   Facsimile:   415.399.8490
6
   Attorneys for Defendant
7  ZURICH AMERICAN INSURANCE COMPANY

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  DAVID LOFTON,                           Case No. 3:12-cv-03835-MMC

13              Plaintiff,                  **STIPULATION REGARDING TRANSFER
                                            OF CASE FROM THE HONORABLE
14       v.                                 JUDGE MARIA-ELENA JAMES AND
                                            [PROPOSED] ORDER**
15  ZURICH AMERICAN INSURANCE
    COMPANY, a New York corporation,        Second Amended
16                                          Complaint Filed:   October 23, 2012
              Defendant.                    Trial Date:        December 20, 2013
17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: TRANSFER OF CASE
AND ORDER

Case No. 3:12-cv-03835-MMC

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

Plaintiff DAVID LOFTON and Defendant ZURICH AMERICAN INSURANCE COMPANY (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on or around November 2, 2012, the parties held an initial case management conference before the Honorable Maxine M. Chesney at which time the Court scheduled the dispositive motion filing cut off for this case for August 30, 2013.

WHEREAS, during the same case management conference, Judge Chesney referred this case to Magistrate Judge Maria-Elena James for a settlement conference to be conducted in February 2013, her calendar permitting.

WHEREAS, a case settlement conference was originally scheduled before Judge James for February, 2013 but was continued on a number of occasions such that the case management conference is now scheduled to occur on September 4, 2013 – after this Court's deadline for the filing of dispositive motions in this Case.

WHEREAS, in hopes of achieving settlement through such conference without burdening the Court with a summary judgment motion, counsel for Defendant Zurich American Insurance Company has informally communicated with the Honorable Joseph C. Spero's clerk and determined that he has availability for a July 18, 2013 settlement conference.

IT IS NOW HEREBY STIPULATED AND AGREED that: for purposes of settlement conference, the above action may and will be reassigned and transferred from the Honorable Maria-Elena James to the Honorable Joseph C. Spero in order that the Parties may conduct a timely settlement conference.

Dated: May 31, 2013

Respectfully submitted,

/s/ Aurelio J. Perez
Natalie E. Pierce
Aurelio J. Perez
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: TRANSFER OF CASE AND ORDER    1.    Case No. 3:12-cv-03835-MMC

1  I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS
2  ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

3  Dated: May 31, 2013                    Respectfully submitted,

4

5                                         /s/ George J. Barron
                                          George J. Barron
6                                         DONAHUE GALLAGHER WOODS LLP
                                          Attorneys for Plaintiff
7                                         DAVID LOFTON

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: TRANSFER OF CASE AND ORDER                    2.                    Case No. 3:12-cv-03835-MMC

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Consistent with the Parties' Stipulation, ~~notice regarding reassignment of this case and the~~ the reference to the Honorable Maria-Elena James is hereby withdrawn, and the above-titled action ~~hearing date for the above-referenced settlement conference shall be forthcoming from the Court.~~ is hereby referred to the Honorable Joseph C. Spero for purposes of conducting a settlement conference. The Settlement Conference shall be conducted in July 2013, his calendar permitting.

DATED: June 4, 2013

_____
The Honorable Maxine M. Chesney
United States Senior District Judge

Firmwide:120677305.1 076230.1009

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: TRANSFER OF CASE AND ORDER    3.    Case No. 3:12-cv-03835-MMC